IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GREAT WESTERN BANK, a South Dakota chartered bank,<br><br>Plaintiff,<br><br>vs.<br><br>PRO TANK PRODUCTS, INC., a North Dakota corporation, et al,<br><br>Defendants. | CV-16-94-GF-BMM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Preliminary Pretrial Conference scheduled for November 30, 2016 is **RESET for December 1, 2016 at 11:00 a.m. at the James F. Battin Federal Courthouse, Billings, Montana.**

DATED this 7th day of November, 2016.

Brian Morris
United States District Court Judge