IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GREAT WESTERN BANK, a South Dakota chartered bank, | ) ) ) No. CV-16-94-GF-BMM |
| Plaintiff, | ) ) |
| vs. | ) ) |
| PRO TANK PRODUCTS, INC., a North Dakota corporation; TODD J. MARSH, an individual; MARSH LAND & LIVESTOCK, INC., a Montana corporation a/k/a Marsh Land and Livestock, Inc.; STOCKMAN BANK OF MONTANA, a Montana banking corporation; SCOTTRADE FINANCIAL SERVICES, INC., a Delaware corporation, dba Scottrade Bank; TCF EQUIPMENT FINANCE, INC., a Minnesota corporation; RABO AGRIFINANCE, INC., a Delaware corporation; and FARM CREDIT SERVICES OF AMERICA, PCA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING UNOPPOSED MOTION TO ALLOW ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE**

This matter having come before the Court upon the Unopposed Motion to Allow Attendance at Preliminary Pretrial Conference by Telephone filed by Defendants, Pro Tank Products, Inc. and Todd J. Marsh, the Court having reviewed said Motion and finding good cause therefore;

IT IS HEREBY ORDERED that Gary S. Deschenes, counsel for the Defendants, Pro Tank Products, Inc. and Todd J. Marsh, shall be allowed to appear at the Preliminary Pretrial Conference scheduled for December 1, 2016, at 11:00 a.m. by telephone. The Court will inform the Defendants', Pro Tank Products, Inc. and Todd J. Marsh, counsel of the call-in number.

DATED this 16th day of November, 2016.

_____
Brian Morris
United States District Court Judge