IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GREAT WESTERN BANK, a South Dakota chartered bank, <br><br> Plaintiff, <br><br> vs. <br><br> PRO TANK PRODUCTS, INC., a North Dakota corporation; TODD J. MARSH, an individual; STOCKMAN BANK OF MONTANA, a Montana banking corporation; and RABO AGRIFINANCE, INC., a Delaware corporation; <br><br> Defendants. | Cause No. CV-16-94-GF-BMM <br><br><br><br><br><br> **ORDER GRANTING MOTION FOR EXTENSION OF PRETRIAL MOTION DEADLINE** |

Plaintiff Great Western Bank filed a Motion for Extension of Pretrial Motion Deadline on July 14, 2017. (Doc. 43) Plaintiff filed its Motion for Summary Judgment on July 7, 2017. Plaintiff requests that the pretrial motion deadline be extended to allow the Court to consider its Motion for Summary Judgment and allow sufficient time for Defendants to respond to the motion.

IT IS ORDERED that:

1. The Pretrial Motion Deadline of July 21, 2017 is EXTENDED until August 4, 2017.

DATED this 17th day of July, 2017.

Brian Morris
United States District Court Judge